IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA,
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| Vs. | CASE NO.: 3:25-cv-01999-MGL |
| JUSTIN HUNTER, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO CIV. R. 41(A)**

Plaintiff, The United States of America, by and through undersigned and pursuant to Rule 41 (a)(1) (A) (i) hereby respectfully provides notice that the above-entitled action is voluntarily dismissed, without prejudice.

**SCHUERGER LAW GROUP**

/s/Eric C. Hale,
Eric Hale (Fed. Bar #9404)
On behalf of Schuerger Law Group
1044 Wildwood Centre Drive
Columbia, SC 29229
(803) 726-3558 – Tel:
Email: ehale@schuergerlaw.com
Copies to: efiling@schuergerlaw.com
*Attorney for Plaintiff United States of America*

June 23, 2025